[No. 4539-II. Division Two. December 30, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM EMERSON BAILEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89906, Barbara Durham, J., entered July 5,

1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, A.C.J., and Petrich, J.